JS-6

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD RONALD et al.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CREDENCE RESOURCE MANAGEMENT LLC,<br><br>　　　　　　Defendant. | Case No. 5:15-02518 ODW (KKx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal, and for good cause appearing, the Court **GRANTS** the Joint Motion for Dismissal. This action is **DISMISSED WITH PREJUDICE**. Based on the Notice of Withdrawal (ECF No. 26), the Court **DENIES AS MOOT** the prior Motion to Dismiss (ECF No. 25.)  The Clerk shall close the case.

**IT IS SO ORDERED.**

DATED: October 17, 2016

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable Otis D. Wright, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1